# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE WEAVER,<br><br>            Plaintiff,<br><br>    v.<br><br>USDA FOREST SERVICE,<br><br>            Defendant.<br>_____/ | CASE NO. 1:10-cv-01523-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed August 23, 2010, Plaintiff David Lee Weaver seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:   August 27, 2010            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE