1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DAVID LEE WEAVER,              CASE NO. 1:10-cv-01523-AWI-SMS

10             Plaintiff,      ORDER STRIKING PLAINTIFF'S
MOTION TO SET FORTH
11      v.                     PROCEDURE FOR COURT DATE

12  U.S.D.A. FOREST, et al.,

13            Defendants.    (Doc. 14)

14  _____/

15

16       On June 20, 2011, Plaintiff David Lee Weaver, Proceeding *pro se* and *in forma pauperis*,

17  filed a motion in the nature of an inquiry regarding the Court's procedure in setting trial dates.

18  Plaintiff's inquiry having been addressed informally by Court personnel, Plaintiff's motion is

19  hereby STRICKEN.

20
21
22

23  IT IS SO ORDERED.

24  **Dated:   June 22, 2011**         _____**/s/ Sandra M. Snyder**_____
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1