# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE WEAVER,<br><br>             Plaintiff,<br><br>      v.<br><br>USDA FOREST and<br>MICHAEL JAMES RYAN,<br><br>             Defendants.<br>_____/ | CASE NO. 1:10-cv-1523-AWI-SMS<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. 12) |

PLAINTIFF is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court previously found service of the complaint appropriate and ordered Plaintiff to provide the necessary documents and information for service of process. Accordingly, pursuant to Federal Rule of Civil Procedure 4(i)(2), it is HEREBY ORDERED that:

1. The following parties and governmental entities shall be served: Defendant USDA Forest [Service], Defendant Michael James Ryan (a Forest Service employee), and the United States of America. In accordance with Federal Rule of Civil Procedure 4(i)(1), the United States of America shall be served by service on the United States Attorney for the Eastern District of California and on the Attorney General of the United States.

2. For service of each Defendant or Governmental party to be served, the Clerk of the Court is directed to forward the following documents to the United States Marshals Service:

1

   (1) One completed and issued summons;

   (2) One completed USM-285 form;

   (3) One copy of the amended complaint filed on April 8, 2011, plus an extra copy for the Marshals Service; and

   (4) One copy of this order, plus an extra copy for the Marshals Service.

3. Within ten days from the date of this order, the Marshals Service is directed to serve each Defendant or governmental entity listed in paragraph one above with a copy of the summons and complaint as well as a copy of this order by registered or certified mail, return receipt requested.

4. Within ten days after service is effected, the United States Marshal shall file the return of service for each Defendant or governmental entity upon which service is required.  Costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshals Service for photocopying any additional copies of the summons and complaint and for preparing new USM-285 forms, if required.

5. The United States Marshal is directed to retain copies of the summons and complaint in his file for future use.

6. Despite the means by which a defendant has been served, each defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated: June 29, 2011**       /s/ Sandra M. Snyder
                  UNITED STATES MAGISTRATE JUDGE