IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEAVER,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE, et al.,<br><br>          Defendants. | NO. 1:10-CV-01523 AWI BAM<br><br>ORDER DENYING MOTION FOR A JURY TRIAL<br><br>[Document # 28] |

On May 16, 2012, Plaintiff filed a motion for a jury trial. Plaintiff states he would "like to know why there is not going to be a jury trial."

This action alleges the United States committed various torts. Pursuant to 28 U.S.C. § 2402, any trial concerning tort allegations against the United States must be tried by the Court and not a jury.

Thus, Plaintiff's motion for a trial by jury is DENIED.

IT IS SO ORDERED.

Dated:   June 1, 2012                           _____
                                                CHIEF UNITED STATES DISTRICT JUDGE