# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE WEAVER, ) | 1:10-cv-01523-AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE AND TAKING MATTER |
| v. ) | UNDER SUBMISSION |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, FOREST SERVICE; ) | |
| MICHAEL JAMES RYAN; and ) | |
| DOES 1 through 100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant United States of America (sued as United States Department of Agriculture, Forest Service) has filed a motion for summary judgment. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

Accordingly, the previously scheduled hearing date of December 10, 2012 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 4, 2012                                       _____
                                                                                      UNITED STATES DISTRICT JUDGE