IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE WEAVER,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE; MICHAEL JAMES RYAN; and DOES 1 through 100,<br><br>          Defendants. | 1:10-cv-01523-AWI-BAM<br><br>ORDER CONTINUING<br>PRETRIAL CONFERENCE DATE |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On January 19, 2012, the Magistrate Judge issued a scheduling order setting a pretrial conference for January 25, 2013 at 8:30 a.m. in Courtroom 2. Due to conflicts on the Court's calendar, the pretrial conference is hereby CONTINUED from January 25, 2013 to **Monday, January 28, 2013 at 2:30 p.m. in Courtroom 2**. Appearances shall be expected.

IT IS SO ORDERED.

Dated:   January 18, 2013                                   _____
                                                                                    SENIOR  DISTRICT  JUDGE