JS - 6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LEE WEAVER, | ) | CV 10-1523 RSWL |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF AGRICULTURE ET AL., | ) | |
| Defendants. | ) | |

On March 19, 2013, the above matter commenced in a bench trial before this Court. **IT IS ORDERED AND ADJUDGED** that in accordance with the Court's Findings of Fact and Conclusions of Law, Plaintiff is entitled to judgment in the amount of $150.00.

**IT IS SO ORDERED.**

DATED: April 8, 2013

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge